FILED

02/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0298

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0298

_____

MIKE WINSOR,

      Plaintiff and Appellee,

    v.

STATE OF MONTANA, by and through the
MONTANA STATE AUDITOR AND
COMMISSIONER OF SECURITIES
& INSURANCE,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Olivia Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 7 2024